**O-7328**

**OPINION WITHDRAWN
& NOT REISSUED**